1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANNE C. HSIEH (CABN 288159)
   Assistant United States Attorney
5
6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-0910
        FAX: (408) 535-5081
8       Anne.Hsieh@usdoj.gov

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   **CASE NO. CR 21-70627 (MAG)**
                                        )
14          Plaintiff,                  )   **STIPULATION AND [PROPOSED] ORDER**
                                        )   **EXCLUDING TIME UNDER THE SPEEDY**
15      v.                              )   **TRIAL ACT AND RULE 5.1**
                                        )
16  JONATHAN HOANG,                     )
                                        )   **Current Date:**    October 29, 2021 at 1:00 p.m.
17          Defendant.                  )   **Requested Date:**  December 23, 2021 at 1:00 p.m.
                                        )
18  _____  )

19
20                          **STIPULATION**

21          Defendant Jonathan Hoang is charged in a Complaint with wire fraud, in violation of 18 U.S.C. §

22  1343.  The parties are currently scheduled to appear before the Court for a status conference regarding

23  preliminary hearing or arraignment on October 29, 2021, at 1:00 p.m.  The government has produced

24  voluminous discovery, and defense counsel needs time to review the discovery with Hoang and to

25  discuss potential resolutions with the government.  As a result, the parties request that the status

26  conference regarding preliminary hearing or arraignment be continued to December 23, 2021.  The

27  parties further request that the time from October 29, 2021 through December 23, 2021 be excluded

28  from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).  The parties further

1    request that the time period from October 29, 2021 through December 23, 2021 be excluded from the

2    computation of the time period for a preliminary hearing under Federal Rule of Criminal Procedure 5.1

3    and the time period for Indictment under the Speedy Trial Act, 18 U.S.C. § 3161(b).

4           IT IS SO STIPULATED.

5    DATED:  October 28, 2021                                    _____/s/_____

6                                                               RONALD CORDOVA
                                                                Counsel for Defendant Jonathan Hoang
7

8    DATED:  October 28, 2021                                    STEPHANIE M. HINDS
                                                                Acting United States Attorney
9
                                                                _____/s/_____
10                                                              ANNE C. HSIEH
                                                                Assistant United States Attorney
11                                                \

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2        Based on the reasons provided in the stipulation of the parties above, the Court hereby continues

3    the October 29, 2021 status conference regarding preliminary hearing or arraignment to **December 23,**

4    **2021, at 1:00 p.m**.

5        Additionally, the Court hereby finds: (1) The defendant and defense counsel need additional time

6    to review discovery and to discuss the case and the evidence, and the parties need additional time to

7    discuss a potential resolution of the case; (2) These tasks are necessary for the defense preparation of the

8    case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant

9    the reasonable time necessary for effective preparation, taking into account the exercise of due

10   diligence; and (3) The ends of justice served by this continuance outweigh the best interest of the public

11   and the defendant in a speedy trial.  Based on these findings, it is hereby ordered that the time from

12   October 29, 2021 through December 23, 2021, shall be excluded from computation under the Speedy

13   Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).  It is further ordered that the time period from October

14   29, 2021 through December 23, 2021 shall be excluded from the computation of the time period for a

15   preliminary hearing under Federal Rule of Criminal Procedure 5.1 and the time period for Indictment

16   under the Speedy Trial Act, 18 U.S.C. § 3161(b).

17       **IT IS SO ORDERED.**

18

19   DATED: _October 29, 2021_    _____

20                   HONORABLE ROBERT M. ILLMAN
                United States Magistrate Judge

21

22

23

24

25

26

27

28